UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
October 02, 2020
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:20MJ00149-AC |
|---|---|
| Plaintiff, | |
| v. | **ORDER FOR RELEASE OF PERSON IN CUSTODY** |
| DANIEL STEWART, | |
| Defendant. | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  __DANIEL STEWART__ ,

Case No.  __2:20MJ00149-AC__  Charge __18USC § 1956(a)(3)(B)__ , from custody for the following reasons:

    _____   Release on Personal Recognizance

    _____   Bail Posted in the Sum of $ _____

    __xx__   Unsecured Appearance Bond $   __50,000.00__

    _____   Appearance Bond with 10% Deposit

    _____   Appearance Bond with Surety

    _____   Corporate Surety Bail Bond

    __X__   (Other): __Pretrial conditions as stated on the record.__

Issued at Sacramento, California on October 02, 2020 at 2:00 pm

By:  */s/ Allison Claire*

Magistrate Judge Allison Claire